**JOHN WILEY & SONS, INC.,**
**Plaintiff–Appellee,**

v.

**Supap KIRTSAENG, D/B/A bluechristine99, Defendant–Appellant.**

**No. 14-344-cv**

United States Court of Appeals,
Second Circuit.

August 4, 2016

For Plaintiff-Appellee: PAUL M. SMITH, Jenner & Block LLP, Washington, D.C., Matthew J. Oppenheim, Oppenheim + Zebrak, LLP, Washington, D.C.

For Defendant-Appellee: ANDREW D. SILVERMAN (E. Joshua Rosenkranz, Annette L. Hurst, Lisa T. Simpson, on the brief), Orrick, Herrington & Sutcliffe LLP, New York, New York

Present: ROBERT A. KATZMANN, Chief Judge, JOHN M. WALKER, JR., DENNY CHIN, Circuit Judges.

## SUMMARY ORDER

After our decision in *John Wiley & Sons, Inc. v. Kirtsaeng*, 605 Fed.Appx. 48, 49 (2d Cir. 2015), affirming the district court's denial of attorney's fees to prevailing defendant Supap Kirtsaeng, Kirtsaeng petitioned the Supreme Court for a writ of certiorari. The Supreme Court granted the writ of certiorari, vacated the decision of this Court, and remanded the case. *See Kirtsaeng v. John Wiley & Sons, Inc.*, 579 U.S. ——, 136 S.Ct. 1979, 195 L.Ed.2d 368 (2016).

We now **VACATE** the judgment of the district court and **REMAND** for further proceedings consistent with the opinion of the Supreme Court.